**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Bordeaux Farms, LLC**<br>Name | EIN | 27–5241319 |
| United States Bankruptcy Court   **Western District of Virginia**<br>Case number:   **19–60607** | | Date case filed for chapter | 11   3/20/19 |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case    12/17

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Bordeaux Farms, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 647<br>Madison, VA 22727 | |
| 4. | **Debtor's attorney**<br>Name and address | Stephen E. Dunn<br>Stephen E. Dunn, Esq.<br>201 Enterprise Drive<br>Suite A<br>Forest, VA 24551 | Contact phone  434–385–4850 |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1101 Court St., Room 166<br>Lynchburg, VA 24504 | 8 a.m. – 4:30 p.m.<br>Contact phone  (434) 845–0317<br>Date: 3/21/19 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **April 26, 2019 at 11:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**cr mtg, CVL, Courtroom 100, US Courthouse, 255 West Main St., Charlottesville, VA 22902** |

**For more information, see page 2 >**

Debtor  **Bordeaux Farms, LLC**                                                                                      Case number **19–60607**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** _____ |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

```
                         United States Bankruptcy Court
                          Western District of Virginia
In re:                                                      Case No. 19-60607-rbc
Bordeaux Farms, LLC                                         Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0423-6          User: whitek             Page 1 of 1          Date Rcvd: Mar 21, 2019
                              Form ID: 309F            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db             +Bordeaux Farms, LLC,    PO Box 647,    Madison, VA 22727-0647
4727691        +Florance Gordon Brown,    1900 One James Center,    901 East Cary Street,
                 Richmond, VA 23219-4049
4727692        +Service Dogs by Warren Retrievers,    PO Box 647,    Madison, VA 22727-0647
4727693        +Spotts Fain, PC,   c/o John W. Anderson , RA,    411 East Franklin Street, Ste 600,
                 Richmond, VA 23219-2200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: stephen@stephendunn-pllc.com Mar 21 2019 22:35:38      Stephen E. Dunn,
                 Stephen E. Dunn, Esq.,    201 Enterprise Drive,    Suite A,   Forest, VA   24551
                                                                                            TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
              Stephen E. Dunn    on behalf of Debtor    Bordeaux Farms, LLC stephen@stephendunn-pllc.com,
               jennifer@stephendunn-pllc.com,kelly@stephendunn-pllc.com,michelle@stephendunn-pllc.com,
               sherry@stephendunn-pllc.com,    stephendunnpllc@gmail.com,jessica@stephendunn-pllc.com,
               michelle@stephendunn-pllc.com,kathy@stephendunn-pllc.com,sherry@stephendunn-pllc.com,
               dunnmr75679@notify.bestcase.com,shawn@stephendunn-pllc.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                            TOTAL: 2
```