

**SIGNED THIS 24th day of June, 2019**

*/s/ Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION AT CHARLOTTESVILLE

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 |
| BORDEAUX FARMS, LLC, | ) Case Number 19-60607 |
| | ) |
| Debtor. | ) |

**ORDER SETTING DEADLINES FOR CREDITORS TO FILE PROOFS OF CLAIM**

The matter before the Court is the status conference held on June 20, 2019. With the consent of the parties, the Court finds that: (i) jurisdiction is proper pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iv) the statutory predicates for the relief contained in this Order are §§ 105(d)(2), 501, and 502(b)(9) of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"); (v) the granting of the relief requested in this Order will further the expeditious and economical resolution of this case; and (vi) the Debtor consents to the relief contained in this Order. For good cause, it is

ORDERED

that, pursuant to §§ 105(d)(2), 501, and 502(b)(9) of the Bankruptcy Code and Rule 3003(c)(3) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), **all creditors, other than "governmental units", holding or wishing to assert timely filed claims against the Debtor are required to file with the Bankruptcy Court ON OR BEFORE August 19, 2019** (the "Non-Governmental Bar Date"), a separate completed and executed proof of claim form on account of any claims such creditors may hold or wish to assert against the Debtor; and **all "governmental units" holding or wishing to assert timely filed claims against the Debtor are required to file with the Bankruptcy Court ON OR BEFORE September 19, 2019** (the "Governmental Bar Date") provided, however, that proofs of claim are NOT required at this time to be filed by entities holding or wishing to assert claims against the Debtor of the types set forth in subparagraphs (a) – (d) below:

> (a) claims listed in the Debtor's bankruptcy schedules or any amendments which are not listed as "contingent," "unliquidated," or "disputed" and which are not disputed by the holders thereof as to the amount or classification;
>
> (b) claims on account of which a proof of claim has already been properly filed with the Court against the Debtor;
>
> (c) claims previously allowed by order of the Court; and
>
> (d) claims allowable under §§ 503 and 507(a)(2) of the Bankruptcy Code;

It is further

ORDERED

that any creditor holding a claim which is listed in the Debtor's schedules must file a proof of claim in the event that the creditor believes that the schedules incorrectly identify or classify any aspect of the claim.  It is further

ORDERED

that each proof of claim filed must (i) **conform substantially with Official Form 410, a copy of which is attached**; and (ii) be signed by the claimant or the creditor's authorized agent except as provided in Bankruptcy Rules 3004 and 3005. It is further

ORDERED

that any creditor who is required but fails to file a proof of claim for its claim in accordance with this Order on or before the Bar Date (or such other date established hereby) shall not be treated as a creditor with respect to such claim for the purposes of voting on any plan or participating in any distribution in the Debtor's Chapter 11 case on account of such claim; provided, however, that nothing in this Order shall prejudice parties' rights under Bankruptcy Rules 3004 and 3005. It is further

ORDERED

that in the event the Debtor amends its schedules after having given notice of the Bar Date as provided herein, the Debtor shall give notice of any such amendment to the holders of the claims affected thereby and such holders shall be afforded the later of: (i) the Bar Date; or (ii) twenty-eight (28) days from the date such notice is given (or such other time period as may be fixed by the Court) and a copy of this Order is served on the creditor to file proofs of claim.

The Clerk shall send electronic notifications of the entry of this Order to all registered users of the CM/ECF System that have appeared in this case **and the Debtor shall serve copies on all parties in interest and file a certification of service**.

**END OF ORDER**

Requested:
United States Trustee

/s/ B. Webb King
B. Webb King (VSB # 47044)
210 First Street, Suite 505
Roanoke, VA 24011
(540) 857-2806 (phone)
(540) 857-2844 (fax)
Webb.King@usdoj.gov
Trial attorney for the United States Trustee

Seen:

Bordeaux Farms, LLC

/s/ Stephen E. Dunn *by B. Webb King via email authorization*
Stephen E. Dunn, Esq.
Law Offices of Stephen E. Dunn, PLLC
201 Enterprise Drive, Suite A
Forest, Virginia 24551
434-385-4850
434-385-4857 (Facsimile)
stephen@stephendunn-pllc.com
Counsel for the Debtor