

**SIGNED THIS 24th day of July, 2019**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| In re:  Bordeaux Farms, LLC  Debtor(s) | CASE NO.  19-60607  CHAPTER  11 |
|---|---|

### ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

To the Debtor, its creditors and other parties in interest:

A Disclosure Statement and a Plan under 11 U.S.C. Chapter 11 having been filed by Stephen E. Dunn, Esquire on 7/23/2019 and 7/24/2019, respectively

It is **ORDERED** and **Notice** is hereby given, that:

1. The hearing to consider the approval of the Disclosure Statement shall be held at US Courthouse, Room 200, 255 W Main St., Charlottesville, VA 22902 on 8/22/2019 at 11:00 AM.

2. August 15, 2019 is fixed as the last date for filing and serving in accordance with Rule 3017 (a) written objections to the Disclosure Statement.

3. Stephen E. Dunn, Esquire shall transmit to the Debtor, Trustee (if any), each committee appointed pursuant to 11 U.S.C. §1102, the Securities and Exchange Commission and any party in interest who has requested in writing a copy of the Disclosure Statement and Plan.

4. Requests for copies of the Disclosure Statement and Plan shall be mailed to Stephen E. Dunn, Esquire at the following address:

> Stephen E. Dunn, Esquire
> 201 Enterprise Drive, Suite A
> Forest, VA 24551

5. Date previously set, August 19, 2019, is hereby fixed as the last date for the filing of proof of claims, pursuant to Rule 3003(c)(3). Any creditor holding a claim listed upon Debtor's schedules not listed as disputed, contingent or unliquidated as to amount, may, but need not, file a proof of claim. Any creditor whose claim is not listed or which claim is listed as disputed, contingent, or unliquidated as to amount, must file its proof of claim on or before the date set above.

1

onds

      Counsel for the Debtor (or proponent) shall serve a copy of this order in conformity with the provisions of Bankruptcy Rule 2002(b) on all creditors, equity security holders and other interested parties and the U. S. Trustee.

**END OF ORDER**

**Certificate of Service**

      The undersigned certifies that a true copy of the forgoing ORDER and Notice was mailed to all creditors, equity security holders and other interested parties and the U. S. Trustee.

Dated: 7/26/19

                                              Counsel for the Debtor

onds