

**SIGNED THIS 28th day of October, 2019**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_Rebecca B. Connelly_
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Bordeaux Farms, LLC | |
| (TIN  xx-xxx1319) | Case No. 19-60607 |
| | |
| Charitable Occasion, LLC | |
| (TIN  xx-xxx4630) | |
| | |
| Debtors | |
| | |
| (Procedurally Consolidated) | |

### ORDER CONFIRMING PLANS

The amended plans under Chapter 11 of the Bankruptcy Code filed by ***Bordeaux Farms, LLC and Charitable Occasion, LLC on August 21, 2019***, having been transmitted to all creditors and equity security holders***: and***

It having been determined after evidentiary hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1129(a) have been satisfied.  It is accordingly

### ORDERED

That the Amended Plans filed by ***Bordeaux Farms, LLC and Charitable Occasion,***

1

*LLC on August 21, 2019*, are confirmed.

The terms and conditions of this Order are immediate effective and enforceable upon its entry, and any applicable stay of this Order is hereby waived. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Plan.

The Clerk shall enter this Order on the docket in both *In re Bordeaux Farms, LLC*, Case Number 19-60607 and *In re Charitable Occasion, LLC*, Case Number 19-60609.

Counsel for the Debtors shall mail by first class postage prepaid mail a copy of this Order to the Debtors, all creditors and indenture trustees.

**END OF ORDER**

REQUESTED:

BORDEAUX FARMS, LLC

CHARITABLE OCCASION, LLC

By:  /s/ Stephen E. Dunn, Esq.
Attorney for the Debtors
Stephen E. Dunn, Esq., VSB No. 26355
Michelle J. Dunn, Esq., VSB No. 90687
Stephen E. Dunn, PLLC
201 Enterprise Dr., Suite A
Forest, Va. 24551
Phone: 434-385-4850
Email: stephen@stephendunn-pllc.com
       michelle@stphendunn-pllc.com

SEEN AND AGREED:

UNITED STATES TRUSTEE

By: /s/ B. Webb King
B. Webb King, Esq., VSB No. 47044
Office of the United States Trustee
210 1st St., S.W., Suite 505

2

Roanoke, Virginia 24011
Phone: (540) 857-2806
Email: Webb.King@usdoj.gov

3

/s/ Robert H. Chappell, III
Robert H. Chappell, III, Esq. VSB# 31698
Spotts Fain P.C.
411 East Franklin Street
Suite 600
Richmond, Va  23219
Phone: 804-697-2000
Email: rchappell@spottsfain.com

4